**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Javier MARTINEZ, a.k.a. Victor**
**Manuel, Defendant–**
**Appellant.**

No. 07–12358
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 5, 2008.

Howard C. Anderson, R. Fletcher Peacock, Tampa, FL, for Defendant–Appellant.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before DUBINA, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Howard Anderson, an Assistant Federal Public Defender and appointed counsel for Javier Martinez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Martinez's conviction and sentence are **AFFIRMED.**